DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRYL SCHNEIDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-441

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.